

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00696-CV

**IN THE INTEREST OF E.P.C.**, S.C., and Z.E.C., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02387
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED, and the trial court's judgment is AFFIRMED.

SIGNED February 11, 2015.

_____
Rebeca C. Martinez, Justice